UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SUSAN VILLAR

CIVIL ACTION

VERSUS

NUMBER 10-432-FJP-DLD

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that, pursuant to the fourth sentence of 42 U.S.C. § 405(g), a final judgment shall be entered reversing the decision of the Commissioner denying benefits and remanding the matter to the Commissioner for further proceedings consistent with the opinion of the Court, including the presentation of any further relevant evidence developed by the parties, the reinspection of the medical records, including giving full consideration to the opinions of the treating physician, Dr. Knapp, and the treating specialist, Dr. Patel, and the reconsideration of the weight given to these opinions.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 28, 2011.

                         /s/ Frank J. Polozola
                         FRANK J. POLOZOLA
                         MIDDLE DISTRICT OF LOUISIANA

Doc#47501