UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SUSAN VILLAR

VERSUS

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL
SECURITY

CIVIL ACTION

NO. 10-432-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which no objection was filed:

IT IS ORDERED that plaintiff's motion for attorney's fees[2] be granted in part, awarding plaintiff attorney's fees in the amount of $3,225.00.

Therefore:

The defendant is ordered to pay plaintiff's attorney's fees in the amount of $3,225.00.

Baton Rouge, Louisiana, February 1, 2012.

```
                              FRANK J. POLOZOLA
                              MIDDLE DISTRICT OF LOUISIANA
```

---

[1] Rec. Doc. No. 22.

[2] Rec. Doc. No. 20.

Doc#47699